U.S. DISTRICT COURT
W.D.N.Y. BUFFALO

2004 NOV -1  PM 2: 43

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT H. FRITZINGER
355 N. Forest Road
Williamsville, New York 14221,

                     Plaintiff,

vs.

THE HIRING MACHINE CORPORATION,

    and

TIMOTHY GOUMAS
9 Chadsworth Court
Merrimack, NH 03054,

                     Defendants.

**DEFAULT JUDGMENT**
**FRCP 55(b)(1)**

Case No. 03-CV-0784 E(F)

---

Defendant Timothy Goumas having been duly served with the Summons and Complaint herein but having failed to plead or otherwise defend in this action, and said default having been duly entered,

NOW, on motion of Plaintiff, Robert H. Fritzinger, with supporting papers, it is hereby

ORDERED AND ADJUGED that Plaintiff, Robert H. Fritzinger, does recover of Defendant Timothy Goumas, residing at 9 Chadsworth Court, Merrimak, New Hampshire 03054, on all claims, including those for fraud, the sum of $275,000.00, the amount claimed against such Defendant, which is for a sum certain or sum that, by computation, can be made certain, plus pre-judgment interest from May 13, 2003 to October 25, 2004 in the sum of $36,006.16, with costs and disbursements of $176.00, for a total judgment of $311,182.16

through October 25, 2004 (and $67.81 per diem thereafter until judgment is entered), and said judgment shall bear interest at the judgment rate from the date of this judgment until paid, and that Plaintiff have execution therefor.

Dated: October 29, 2004

_____
Clerk, United States District Court
for the Western District of New York